UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WILLADSEN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>    Defendant. | No.  2:21-cv-1192 DB<br><br><br>ORDER |

On May 10, 2023, the court granted the parties' stipulation awarding plaintiff $9,926.89 in attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA").[2]  (ECF No. 17.) On May 24, 2023, the parties filed a stipulated request to amend the May 10, 2023 order to reflect specifically that plaintiff was awarded $9,524.89 in fees and $402 in costs.  (ECF No. 18.)  The parties' stipulation will be granted.

////

---

[1] After the filing of this action Kilolo Kijakazi was appointed Acting Commissioner of Social Security and has, therefore, been substituted as the defendant.  See 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

[2] Both parties have previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c).  (See ECF No. 9.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' May 24, 2023 stipulation (ECF No. 18) is granted; and
2. The May 10, 2023 order is amended to reflect that plaintiff is awarded $9,524.89 in fees and $402 in costs.

DATED: June 2, 2023                  /s/ DEBORAH BARNES
                                     UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\willadsen1192.eaja.am.ord